[No. 49293-4-I. Division One. July 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SHUNTA COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04572-1, Michael Hayden, J., entered September 13, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49740-5-I. Division One. July 1, 2002.]

THE STATE OF WASHINGTON *on the relation of Cecil D. Samson, Petitioner*, v. JITLADA YODTHONG, *Respondent*, AARON SAMSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-5-01767-8, William L. Downing, J., entered October 26, 2001. *Reversed* by unpublished per curiam opinion.

[No. 20017-5-III. Division Three. July 2, 2002.]

*In the Matter of the Estate of* LEROY PAUL SHUSTER.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-4-01429-8, Michael E. Donohue, J., entered February 23, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, J., concurred in by Brown C.J., and Schultheis, J.

[No. 20254-2-III. Division Three. July 2, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID S. LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-8-00133-3, Tari S. Eitzen, J., entered May 21, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kurtz, J.